MARK WALLIN (SBN 331915)
mark.wallin@btlaw.com
CAROLINE C. DICKEY (SBN 301721)
caroline.dickey@btlaw.com
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California 90067
Telephone:     (310) 284-3880
Facsimile:      (310) 284-3894

Attorneys for Defendant
AMERISAVE MORTGAGE CORPORATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KUEHNER, SABDEEP BHANDAL, GURP BJANDAL, DANA DESARLE, JASPAL SOHAL, RYAN PERSON, MIKE DAVIS, LOU BORREGO, JEN POE, OSCAR SOSA, GURP BRAR, individually on behalf of themselves and all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AMERISAVE MORTGAGE CORPORATION, a Georgia Corporation, and DOES 1 to 20, inclusive.<br><br>Defendants. | Case No. 2:23-cv-00138<br><br>**ORDER GRANTING JOINT STIPULATION FOR BINDING ARBITRATION AND STAY OF ACTION**<br><br>*[Filed concurrently with Joint Stipulation for Biding Arbitration and Stay of Proceedings]*<br><br>Complaint Filed:   November 10, 2022<br>Trial Date:             Not Set<br>District Judge:      Kimberly J. Mueller<br>Magistrate Judge:  TBD |

**ORDER**

After reviewing and considering the Parties' Joint Stipulation for Binding Arbitration and Stay of Action IT IS HEREBY ORDERED:

1. Plaintiffs Michael Kuehner, Sabdeep Bhandal, Gurp Bhandal, Dana Desarle, Jaspal Sohal, Ryan Person, Mike Davis, Lou Borrego, Jen Pao, Oscar Sosa and Gurp Brar shall submit their claims to binding arbitration to the American Arbitration Association, or if the parties expressly otherwise agree, another alternative dispute resolution provider that is selected by the parties.

2. The court **stays this action pending completion of the arbitration proceedings**.

3. This Court shall retain jurisdiction for proceedings arising out of said arbitration.

IT IS SO ORDERED.

DATED: February 6, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE