MARK WALLIN (SBN 331915)
mark.wallin@btlaw.com
CAROLINE C. DICKEY (SBN 301721)
caroline.dickey@btlaw.com
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California 90067
Telephone:   (310) 284-3880
Facsimile:   (310) 284-3894

Attorneys for Defendant
AMERISAVE MORTGAGE CORPORATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KUEHNER, SABDEEP BHANDAL, GURPBJANDAL, DANA DESARLE, JASPALSOHAL, RYAN PERSON, MIKE DAVIS, LOU BORREGO, JEN POE, OSCAR SOSA, GURPBRAR, individually on behalf of themselves and all other similarly situated,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>AMERISAVE MORTGAGE CORPORATION, a Georgia Corporation, and DOES 1 to 20, inclusive.<br><br>　　　　Defendants. | Case No.2:23-cv-00138-KJM-CSK<br><br>**JOINT REPORT REGARDING STAY**<br><br>Complaint Filed:　November 10, 2022<br>Trial Date:　　　Not Set<br>District Judge:　Kimberly J. Mueller<br>Magistrate Judge:　TBD |

Pursuant to the Court's June 6, 2024 Minute Order, Plaintiffs Michael Kuehner, Sabdeep Bhandal, Gurp Bhandal, Dana Desarle, Jaspal Sohal, Ryan Person, Mike Davis, Lou Borrego, Jen Pao, Oscar Sosa, and Gurp Brar ("Plaintiffs") and Defendant AmeriSave Mortgage Corporation ("Defendant") (collectively, the "Parties") submit this Joint Report regarding whether the stay currently in effect should be lifted.

The Parties have moved the matter to arbitration with the American Arbitration Association, and arbitration is scheduled for the week of November 4, 2024. As arbitration is not yet completed, the Parties request that the stay remain in effect.

Dated June 27, 2024                     **BARNES & THORNBURG LLP**

                                        By: /s/ Caroline C. Dickey
                                        Mark Wallin
                                        Caroline C. Dickey
                                        Attorneys for Defendants
                                        AMERISAVE MORTGAGE CORPORATION

Dated June 27, 2024                     **SYME LAW FIRM**

                                        By: /s/ David Syme (as authorized on 6/26/24)
                                        David M. Syme, Esq.
                                        Attorneys for Plaintiffs