MARK WALLIN (SBN 331915)
mark.wallin@btlaw.com
CAROLINE C. DICKEY (SBN 301721)
caroline.dickey@btlaw.com
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California 90067
Telephone:   (310) 284-3880
Facsimile:    (310) 284-3894

Attorneys for Defendant
AMERISAVE MORTGAGE CORPORATION

DAVID M. SYME, ESQ. (Bar #: 296188)
SYME LAW FIRM
29 Orinda Way, Suite 1843
Orinda, CA 94563
Telephone: 925.565.4208
David@SymeLawFirm.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KUEHNER, SABDEEP BHANDAL, GURPBJANDAL, DANA DESARLE, JASPALSOHAL, RYAN PERSON, MIKE DAVIS, LOU BORREGO, JEN POE, OSCAR SOSA, GURPBRAR, individually on behalf of themselves and all other similarly situated,<br><br>          Plaintiff,<br><br>     vs.<br><br>AMERISAVE MORTGAGE CORPORATION, a Georgia Corporation, and DOES 1 to 20, inclusive.<br><br>          Defendants. | Case No.2:23-cv-00138-TLN-CSK<br><br>**STIPULATED REQUEST FOR DISMISSAL; ORDER** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Michael Kuehner, Sabdeep Bhandal, Gurp Bhandal, Dana Desarle, Jaspal Sohal, Ryan Person, Mike Davis, Lou Borrego, Jen Poe, Oscar Sosa, and Gurp Brar, and Defendant AmeriSave Mortgage Corporation (collectively, the "Parties"), hereby stipulate that this Action should be DISMISSED WITH PREJUDICE with respect to Plaintiff Michael Kuehner and Ryan Person, and DISMISSED WITHOUT PREJUDICE with respect to Plaintiffs Sabdeep Bhandal, Gurp Bhandal, Dana Desarle, Jaspal Sohal, Mike Davis, Lou Borrego, Jen Poe, Oscar Sosa, and Gurp Brar, with each party to bear their own costs and attorneys' fees.

Dated October 24, 2024                **BARNES & THORNBURG LLP**

By: */s/ Caroline C. Dickey*
Mark Wallin
Caroline C. Dickey
Attorneys for Defendant
AMERISAVE MORTGAGE CORPORATION

Dated October 24, 2024                **SYME LAW FIRM**

By:
David M. Syme, Esq.
Attorneys for Plaintiffs

# ORDER

Having read and considered the Parties' Stipulation, as set forth above, and finding good cause for the Parties' request, the Court hereby ORDERS AND DECREES that the above-captioned action be DISMISSED WITH PREJUDICE with respect to Plaintiff Michael Kuehner and Ryan Person, and DISMISSED WITHOUT PREJUDICE with respect to Plaintiffs Sabdeep Bhandal, Gurp Bhandal, Dana Desarle, Jaspal Sohal, Mike Davis, Lou Borrego, Jen Poe, Oscar Sosa, and Gurp Brar.

IT IS SO ORDERED.

Dated: November 7, 2024

_____
Troy L. Nunley
Chief United States District Judge